**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GLORIA RAY BROWN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 10021 |
| ) | |
| **SOCIAL SECURITY ADMINISTRATION**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

Gloria Ray Brown ("Brown") has submitted a self-prepared Complaint naming the Social Security Administration as defendant, in which she seeks survivor's benefits based on the earnings of her late husband R. C. Brown. Brown has accompanied that Complaint (which has attached to it a number of evidentiary exhibits) with two forms provided by the Clerk's Office for use by pro se litigants: an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion").

Because the Application discloses that Brown's financial situation is inadequate to enable her to pay the filing fee, the Application is granted. And because the Motion confirms her inability to retain counsel on her own and (at least as importantly) because the handling of her case obviously requires professional help, the Motion is granted as well. In accordance with the regular practice in this District Court, the following member of its trial bar is designated to serve Brown as counsel in this action:

> Mark Casciari, Esq.
> Seyfarth Shaw LLP
> 131 South Dearborn Street
> Suite 2400
> Chicago, IL 60603
> (312) 460-5855
> Fax: (312) 460-7855
> Email: mcasciari@seyfarth.com.

It is also obvious that Brown's pro se Complaint needs replacement by an appropriate Amended Complaint, which must among other things reflect her compliance with the preconditions established by the applicable law. Accordingly counsel will be expected to confer with Brown and to (1) provide such an Amended Complaint on or before January 23, 2015 and (2) make arrangements for the appropriate service of process. This Court will also issue a contemporaneous initial scheduling order establishing a first status hearing date for the case.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 19, 2014